IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID J. RUSSELL,   No. CV 07-6345-MO

       Plaintiff,   JUDGMENT

   v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

       Defendant.

**MOSMAN, J.,**

   Based on the record,

   IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED as stated on the record, and this case is DISMISSED.

   DATED this  5th  day of November, 2008.

                                               /s/ Michael W. Mosman
                                             MICHAEL W. MOSMAN
                                             United States District Judge

PAGE 1 - JUDGMENT